IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY HERNANDEZ,  No. 2:17-CV-1803-KJM-CMK-P

    Plaintiff,

  vs.  FINDINGS AND RECOMMENDATIONS

THOMAS,

    Defendant.

_____/

    Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has filed a request for injunctive relief against individuals who are not named as defendants in this action (Doc. 17). Specifically, plaintiff alleges that, since filing his lawsuit against defendant Thomas, other "custody officers" have retaliated against him. This court is unable to issue an order against individuals who are not parties to a suit pending before it. See Zenith Radio Corp. v. Hazeltine Research, Inc., 395 U.S. 100, 112 (1969). The request must, therefore, be denied without prejudice to plaintiff's ability to seek further relief by way of a separate lawsuit alleging retaliation.

/ / /

/ / /

Based on the foregoing, the undersigned recommends that plaintiff's request for injunctive relief (Doc. 17) be denied.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within 14 days after being served with these findings and recommendations, any party may file written objections with the court. Responses to objections shall be filed within 14 days after service of objections. Failure to file objections within the specified time may waive the right to appeal. See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: August 30, 2018

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE