# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY HERNANDEZ, | No. 2:17-CV-1803-KJM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| THOMAS, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court are: (1) "Plaintiff's Opposition to Defendant's Reply" (Doc. 43) in which plaintiff responds to defendant's answer to the complaint and seeks additional time to file a further response to the answer; and (2) plaintiff's document entitled "Last Part of Plaintiff's Opposition Defendant's Reply to Complaint on Alleged 8th Affirmative Defense" (Doc. 48). To the extent plaintiff seeks additional time to file a reply to defendant's answer, the request will be denied because the Federal Rule of Civil Procedure do not provide for a reply to an answer. For the same reason, plaintiff's filings will be stricken to the extent they purport to reply to defendant's answer.

///
///
///

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for additional time (Doc. 43) is denied; and

2. Plaintiff's filings purporting to reply to defendant's answer (Docs. 43 and 48) are stricken.

Dated: November 30, 2018

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE