IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY HERNANDEZ,

    Plaintiff,

    v.

THOMAS,

    Defendant.

No. 2:17-CV-1803-KJM-DMC-P

ORDER

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court are: (1) plaintiff's request for the court to forward to defendant's counsel a copy of his reply to defendant's answer to the complaint (Doc. 47); and (2) plaintiff's request for the court to provide him with six blank subpoena forms (Doc. 46). By separate order, the court has stricken plaintiff's replies to defendant's answer, as the Federal Rules of Civil Procedure make no provision for such filings. Plaintiff's current request for the court to forward a copy of plaintiff's replies will accordingly be denied as moot. For good cause shown, the court will grant plaintiff's request to be provided blank subpoena forms.

/ / /

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for copies of filings to be forward to defendant's counsel (Doc. 47) is denied as moot; and

2. Plaintiff's request to be provided blank subpoena forms (Doc. 46) is granted; and

3. The Clerk of the Court is directed to forward to plaintiff six blank subpoena forms.

Dated: November 30, 2018

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE