# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY HERNANDEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THOMAS,<br><br>　　　　Defendant. | No. 2:17-CV-1803-KJM-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. On March 12, 2019, mail directed to plaintiff was returned by the United States Postal Service as undeliverable. Pursuant to Eastern District of California Local Rule 183(b), any party appearing pro se must file and serve a notice of change of address within 63 days of mail being returned. A review of the docket reflects that plaintiff has filed a notice of change of address. Good cause appearing therefor, the findings and recommendations issued on June 5, 2019, are vacated.

　　　　IT IS SO ORDERED.

Dated: October 3, 2019

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1