# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY HERNANDEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>THOMAS,<br><br>    Defendant. | No. 2:17-CV-1803-KJM-DMC-P<br><br>FINDINGS AND RECOMMENDATIONS |

        Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is defendant's motion to dismiss for failure to inform the court of a change of address (ECF No. 56).

        On March 12, 2019, mail directed to plaintiff was returned by the United States Postal Service as undeliverable. Pursuant to Eastern District of California Local Rule 183(b), any party appearing pro se must file and serve a notice of change of address within 63 days of mail being returned. A review of the docket reflects that plaintiff has filed a notice of change of address.[1] Though he did so outside the 63-day window, the court finds plaintiff's tardiness should be excused and this action should proceed.

///

---

[1] By separate order issued herewith, the court vacates the prior findings and recommendations that defendant's motion be granted.

1

Based on the foregoing, the undersigned recommends that defendant's motion to dismiss (ECF No. 56) be denied.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within 14 days after being served with these findings and recommendations, any party may file written objections with the court. Responses to objections shall be filed within 14 days after service of objections. Failure to file objections within the specified time may waive the right to appeal. See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: October 3, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE