# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CEASAR HERNANDEZ, | No. 2:17-CV-1803-KJM-DMC-P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| THOMAS, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court are the parties' motions to modify the schedule established for this case. <u>See</u> ECF Nos. 74 (defendant's motion) and 76 (plaintiff's motion).

On October 3, 2019, the Court issued a scheduling order permitting the parties to conduct discovery through February 10, 2020, and ordering dispositive motions be filed within 90 days of this date. <u>See</u> ECF No. 71. Defendant seeks an extension of the discovery cut-off date to allow time to take plaintiff's deposition. <u>See</u> ECF No. 74-1, pg. 1. According to defendant, plaintiff's deposition could not be scheduled by the date currently set for the close of discovery due to plaintiff's stay in a mental health crisis bed. <u>See id.</u> at 3. Defendant asks that the court continue the discovery cut-off date to May 11, 2020 and the dispositive motion filing deadline to August 10, 2020. <u>See id.</u> at 5. Plaintiff similarly seeks modification of the current schedule due to an inability to prepare. <u>See</u> ECF No. 76.

Good cause appearing therefore, the parties' motions will be granted and the Court will extend the time to conduct discovery and file dispositive motions.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion to modify the schedule (ECF No. 74) is granted;
2. Plaintiff's motion to modify the schedule (ECF No. 76) is granted;
3. The parties may continue to conduct discovery consistent with the provisions of the Court's October 3, 2019 scheduling order through May 11, 2020; and
4. Dispositive motions shall be filed by August 10, 2020.

Dated: March 5, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE