IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ANTHONY HERNANDEZ,**<br><br>                                    Plaintiff,<br><br>          v.<br><br>**THOMAS,**<br><br>                                    Defendant. | 2:17-cv-1803-KJM-DMC-P<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER**<br><br>Trial Date:    None<br>Action Filed:  August 28, 2017 |

The Court, having considered Defendant's Motion to Modify the Discovery and Scheduling Order to extend the deadlines to complete non-expert discovery and file dispositive motions, and good cause appearing:

**IT IS HEREBY ORDERED** that the deadline to complete all non-expert discovery be extended from May 11, 2020, to August 10, 2020, and the deadline to file dispositive motions be extended from August 10, 2020, to November 6, 2020.

Dated:  April 29, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1